No. 110. LOOSE-WILES BISCUIT Co. v. RASQUIN. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

612

*Mr. Carroll G. Walter* for petitioner. *Acting Solicitor General Townsend, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *James E. Murphy* for respondent.